**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                                          : NO. 967
                                                :
DESIGNATION OF CHAIR AND VICE-   : SUPREME COURT RULES DOCKET
CHAIR OF THE ORPHANS' COURT        :
PROCEDURAL RULES COMMITTEE       :


**ORDER**

**PER CURIAM**

        **AND NOW**, this 8th day of November, 2023, Kendra D. McGuire, Esquire, is hereby

designated as Chair, and Dianne C. Magee, Esquire, is designated as Vice-Chair, of the

Orphans' Court Procedural Rules Committee, commencing January 1, 2024.